**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard John ICHIHARA,**
**Defendant–Appellant.**

No. 09–10280.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 22, 2010.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Karon Virginia Johnson, Esquire, Assistant U.S., USHA—Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

William L. Gavras, Esquire, Law Office of William Gavras, Dededo, GU, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Richard John Ichihara appeals from the 30–year sentence imposed following his guilty-plea conviction for continuing criminal enterprise, in violation of 21 U.S.C. § 848(a), (b) & (s), conspiracy to distribute more than 50 grams net weight of methamphetamine hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and money laundering, in violation of 21 U.S.C. § 956(a)(1)(B)(i). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ichihara contends that the district court erred when it imposed a two-level enhancement for importation of methamphetamine pursuant to U.S.S.G. § 2D1.1(b)(4). The record reflects that Ichihara admitted to knowingly importing methamphetamine, and we therefore conclude that the district court did not err. *See* U.S.S.G. § 2D1.1(b)(4).

AFFIRMED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

